UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.

        Case Number 11-50083-BC
        Honorable Thomas L. Ludington

DOUGLAS R. POOLE,

        Respondent.
_____ /

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND GRANTING PETITIONER'S MOTION FOR SHOW CAUSE HEARING

Magistrate Judge Charles E. Binder issued a report and recommendation (ECF. No. 13) on July 29, 2011, recommending that the Court grant the government's motion for show cause hearing. Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that the Judge Binder's report and recommendation (ECF. No. 13) is **ADOPTED**.

It is further **ORDERED** the government's motion for show cause hearing (ECF No. 12) is **GRANTED**.

It is further **ORDERED** that Defendant is **DIRECTED** to comply with the petition (ECF No. 1) seeking records related to IRS Form 1040 for the tax year of 2007 and Form CIVPEN for the quarterly periods ending December 31, 2005, and December 31, 2007.

It is further **ORDERED** that a show cause hearing is **SCHEDULED** for **September 19, 2011 at 3:00 p.m.**, at which Respondent is required to appear.  Failure to appear could subject Respondent to potential penalties, including contempt of court.

It is further ORDERED that counsel for Petitioner is **DIRECTED** to serve Defendant with this order and file a proof of service.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: August 29, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2011.

s/Tracy A. Jacobs  
TRACY A. JACOBS

---